# EXHIBIT 3

**CASE SUPPLEMENTAL REPORT**

Printed: 06/02/2020  14:44

Pasadena Police Department

OCA: **20002375**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST    **Case Mng Status:** NA    **Occurred:** 02/09/2020
**Offense:** DRIVING WHILE INTOXICATED - FEL

**Investigator:** DREY, D. P. (1775)    **Date / Time:** 02/09/2020 02:43:42, Sunday
**Supervisor:** SHIRLEY, M. C. (5995)    **Supervisor Review Date / Time:** 02/09/2020 03:17:45, Sunday
**Contact:**    **Reference:** Patrol Supplement

Details:

While patrolling in the area of 800 Southmore I observed a blue 2007 Acura Tx. Tag: [redacted] enter the roadway from a private drive of a Whataburger restaurant on the south side of the roadway. The vehicle took a wide turn and squealed its tires as it turned right /eastbound onto the roadway. As I followed behind the vehicle as it turned northbound onto Pasadena Blvd.

In the 900 blk. of Pasadena Blvd. the vehicle failed to signal as it changed from the left lane to the right lane. As the vehicle traveled through the 700 and 800 blks. of Pasadena Blvd it failed to drive in a single lane of traffic twice as it drifted from the right hand lane into the left hand lane. In the 600 blk of Pasadena Blvd. the vehicle failed to signal as it changed into the left hand lane. I activated my emergency equipment and stopped the vehicle in the 500 blk.

I contacted the driver David Cardona (w/m [redacted] who I identified through his Tx. driver`s license. I had Cardona exit the vehicle, and I observed him to have a slight sway as he stood. I also observed him to have watery eyes and the strong odor of an alcoholic beverage about his breath. Cardona advised that he had approximately 2 beers earlier in the night around 9:30 while at a sports bar.

I requested a DWI Unit and Officers M. Ferguson and E. Vega III responded to the scene. These officers continued the DWI Investigation. See their original report for further details.

Lucia Delapaz (w/f, [redacted], who is Cardona`s girlfriend, was a passenger in the vehicle. She stated Cardona drank 3-4 beers tonight. The vehicle was released to Delapaz at the scene.

No further action taken.

D.P. Drey    #1775

Investigator Signature    Supervisor Signature

r_supp3    Page 10