**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

David Cardona
   *Plaintiff(s),*

v.     Case No. 4:22−cv−00412

Mark A. Ferguson, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion to Dismiss for Failure to State a Claim − #11

DATE:   **6/14/2022**

TIME:   **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**     Date: May 31, 2022

By Deputy Clerk, A. Rivera