IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID CARDONA,<br><br>                         Plaintiff,<br><br>v.<br><br>MARK A. FERGUSON, ELIAS VEGA, III and DAMON P. DREY,<br>                         Defendants. | CIVIL ACTION<br><br>NO. 4:22-CV-00412 |

PARTIES' JOINT AGREED STIPULATION TO DISMISSAL OF ALL CLAIMS

The plaintiff and all defendants jointly stipulate to dismissal of all claims in this litigation, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

CERTIFICATE OF CONFERENCE

1. All parties have conferred and stipulate to the relief sought herein.

GROUNDS FOR RELIEF

2. Plaintiff no longer pursues any claim against any defendant.

3. Defendants filed a responsive pleading and defendants agree to this dismissal. No defendant pursues any claim against the plaintiff.

4. The parties stipulate to dismissal, with prejudice, of all claims premised upon the occurrences which form the basis of this lawsuit.

5. This case is not a class action, and a receiver has not been required nor appointed.

6. Plaintiff has not dismissed an action based on, or including, the same claims as those presented in this suit.

4854-4445-8294.1

PRAYER

For the foregoing reasons, Plaintiff and Defendants pray the Court dismiss, with prejudice, all claims asserted in this lawsuit, with court costs including attorneys' fees being taxed against the party incurring the same.

        Respectfully submitted,
        */s/ Jeffrey D. Stein*
        Jeffrey D. Stein
        jeff@civilrightscorps.org
        1601 Connecticut Avenue, NW, Suite 800
        Washington, D.C. 20009
        *Attorney for Plaintiff*

        By: */s/ Norman Ray Giles*
        William S. Helfand
        Bill.Helfand@lewisbrisbois.com
        Attorney-in-Charge
        SBOT: 09388250
        S.D. Tex. Bar No. 8791
        Norman Ray Giles
        Norman.Giles@lewisbrisbois.com
        SBOT: 24014084
        S.D. Tex. Bar No. 26966
        Randy E. Lopez
        Randy.Lopez@lewisbrisbois.com
        SBOT: 24091829
        S.D. Tex. Bar No. 3369137

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (fax)
Attorneys for Defendants