United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID CARDONA, <br><br> Plaintiff, <br><br> v. <br><br> MARK A. FERGUSON, ELIAS VEGA, and DAMON P. DREY, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 4:22-CV-00412 |

Plaintiff and all Defendants' stipulation to dismissal of all claims, with prejudice, is **GRANTED**. All claims in this suit are **DISMISSED WITH PREJUDICE,** with Court costs and attorneys' fees being taxed against the party incurring same.

**IT IS SO ORDERED.**

Signed in Houston, Texas on November 4, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE